## 39309. BARNES v. PEARMAN et al.

PER CURIAM.

After plenary consideration of this matter, it is found that the opinion and judgment of the Court of Appeals in *Barnes v. Pearman,* 163 Ga. App. 790 (294 SE2d 619) (1982), are correct and should be affirmed.

*Judgment affirmed. All the Justices concur, except Marshall, P. J., who dissents.*

DECIDED FEBRUARY 23, 1983.

*Tom E. Lewis, Elmer L. Nash, C. Wade McGuffey, Jr.,* for appellant.

*Howard P. Wallace, Michael L. Wetzel, I. J. Parkerson,* for appellees.